**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mustafa Noor** | Social Security number or ITIN   **xxx–xx–3082** |
| | First Name     Middle Name     Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **13–23908–JNP**

---

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mustafa Noor
aka Mustafa M Noor

12/16/16

**By the court:**          Jerrold N. Poslusny Jr.
                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-23908-JNP
Mustafa Noor                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Dec 16, 2016
                              Form ID: 3180W       Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db          +Mustafa Noor,   107 Brookdale Place,   Clementon, NJ 08021-5802
cr          +Bank Of America, N.A.,   Stern, Lavinthal & Frankenberg, LLC,   105 Eisenhower Parkway,
             Suite 302,   Roseland, NJ 07068-1640
514030403   +Acs Inc,   Attn: Bankruptcy,   PO Box 56317,   Philadelphia, PA 19130-6317
514169222    Bank of America, N.A.,   PO Box 660933,   Dallas, TX 75266-0933
514300809   +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
514030420   +CCMUA,   1645 Ferry Avenue,   Camden, NJ 08104-1360
514031155   +Credit Acceptance,   25505 W 12 Mile Rd Suite 3000,   Southfield MI 48034-8331
514030425   +Credit Acceptance,   Attn: Bankruptcy Dept,   25505 West 12 Mile Rd Ste 3000,
             Southfield, MI 48034-8331
514030424   +Credit Acceptance,   Po Box 513,   Southfield, MI 48037-0513
514030433   +Goldman& Warshaw,   P.O. Box 2500,   West Caldwell, NJ 07007-2500
514030441    Pressler & Pressler,   7 Entin Road,   Parsipanny, NJ 07054-5020
514030442   +Stern, Lavinthal, Frankenberg,,   & Norgaard,,   293 Eisenhower Parkway,Suite300,
             Liningston,NJ 07039-1711
514030446   +Xerox Soluti,   Pob 41818,   Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 16 2016 22:48:32      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 16 2016 22:48:29      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
514270282   +E-mail/Text: bncmail@w-legal.com Dec 16 2016 22:48:38      ALTAIR OH XIII, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
514067346    EDI: AIS.COM Dec 16 2016 22:33:00      American InfoSource LP as agent for,
             Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
514030404   +EDI: BANKAMER.COM Dec 16 2016 22:33:00      Bank Of America, N.a.,   450 American St,
             Simi Valley, CA 93065-6285
514030407   +EDI: TSYS2.COM Dec 16 2016 22:33:00      Barclays Bank Delaware,   P.o. Box 8803,
             Wilmington, DE 19899-8803
514030408   +EDI: TSYS2.COM Dec 16 2016 22:33:00      Barclays Bank Delaware*,   Attn: Bankruptcy,
             P.O. Box 8801,   Wilmington, DE 19899-8801
514030409   +EDI: BANKAMER.COM Dec 16 2016 22:33:00      Bk Of Amer*,
             Attn: Correspondence Unit/CA6-919-02-41,   PO Box 5170,   Simi Valley, CA 93062-5170
514030412    EDI: CAPITALONE.COM Dec 16 2016 22:33:00      Cap One,   Po Box 85015,   Richmond, VA 23285
514030423    EDI: CITICORP.COM Dec 16 2016 22:33:00      Citibank Usa*,
             Citicorp Credit Services/Attn:Centralize,   PO Box 20507,   Kansas City, MO, 64195
514030411   +E-mail/Text: bankruptcy@cavps.com Dec 16 2016 22:48:47      Calvary Portfolio Services*,
             Attention:  Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-1340
514030415   +EDI: CAPITALONE.COM Dec 16 2016 22:33:00      Cap1/boscv,   Po Box 5253,
             Carol Stream, IL 60197-5253
514030416   +EDI: CAPITALONE.COM Dec 16 2016 22:33:00      Capital 1 Bank*,   Attn: Bankruptcy Dept.,
             PO Box 30285,   Salt Lake City, UT 84130-0285
514122163    EDI: CAPITALONE.COM Dec 16 2016 22:33:00      Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
514030419   +E-mail/Text: bankruptcy@cavps.com Dec 16 2016 22:48:47      Cavalry Portfolio Serv,
             500 Summit Lake Dr,   Valhalla, NY 10595-2322
514030421   +EDI: CHASE.COM Dec 16 2016 22:33:00      Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
514030422   +EDI: CHRYSLER.COM Dec 16 2016 22:33:00      Chrysler Financial/TD Auto Finance*,
             Attn: Bankruptcy,   PO Box 551080,   Jacksonville, FL 32255-1080
514030426   +EDI: CCS.COM Dec 16 2016 22:33:00      Credit Collection Services,   Two Wells AVe,
             Newton, Ma 02459-3246
514030427   +EDI: RCSFNBMARIN.COM Dec 16 2016 22:33:00      Credit One Bank,   Po Box 98872,
             Las Vegas, NV 89193-8872
514030428   +EDI: RCSFNBMARIN.COM Dec 16 2016 22:33:00      Credit One Bank*,   PO Box 98873,
             Las Vegas, NV 89193-8873
514056746   +EDI: TSYS2.COM Dec 16 2016 22:33:00      Department Stores National Bank/Macys,
             Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
514030429   +EDI: TSYS2.COM Dec 16 2016 22:33:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
514030430   +EDI: AMINFOFP.COM Dec 16 2016 22:33:00      First Premier Bank,   601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
514030431   +EDI: RMSC.COM Dec 16 2016 22:33:00      GECRB/JC Penny*,   Attention:  Bankruptcy,
             PO Box 103104,   Roswell, GA 30076-9104
514030432    EDI: RMSC.COM Dec 16 2016 22:33:00      Gecrb/jcp,   Po Box 984100,   El Paso, TX 79998
514030435   +EDI: HFC.COM Dec 16 2016 22:33:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
514030434   +EDI: HFC.COM Dec 16 2016 22:33:00      Hsbc Bank,   Po Box 30253,
             Salt Lake City, UT 84130-0253
514030436    EDI: IRS.COM Dec 16 2016 22:33:00      IRS,   P.O. Box 7346,   Philadelphia, PA 19101-7346
514030438   +EDI: MID8.COM Dec 16 2016 22:33:00      Midland Credit Management Inc,   PO Box 60578,
             Los Angeles, CA 90060-0578
514030439   +EDI: MID8.COM Dec 16 2016 22:33:00      Midland Funding,   8875 Aero Dr Ste 200,
             San Diego, CA 92123-2255

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 16, 2016
                              Form ID: 3180W           Total Noticed: 48


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514784338        +EDI: PRA.COM Dec 16 2016 22:33:00      PRA Receivables Management, LLC,    POB 41067,
                   Norfolk, VA 23541,    PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
514784337        +EDI: PRA.COM Dec 16 2016 22:33:00      PRA Receivables Management, LLC,    POB 41067,
                   Norfolk, VA 23541-1067
514030443        +EDI: CHRYSLER.COM Dec 16 2016 22:33:00      Td Auto Finance,    Po Box 9223,
                   Farmington Hills, MI 48333-9223
514030444        +EDI: CITICORP.COM Dec 16 2016 22:33:00      Thd/cbna,    Po Box 6497,
                   Sioux Falls, SD 57117-6497
514030445        +EDI: VERIZONEAST.COM Dec 16 2016 22:33:00      Verizon,    500 Technology Dr Ste 30,
                   Weldon Spring, MO 63304-2225
                                                                                          TOTAL: 35


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514030406*       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
514030405*       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
514030410*       +Bk Of Amer*,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                   Simi Valley, CA 93062-5170
514030413*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Cap One,    Po Box 85015,    Richmond, VA 23285)
514030414*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Cap One,    Po Box 85015,    Richmond, VA 23285)
514030417*       +Capital 1 Bank*,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
514030418*       +Capital 1 Bank*,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
514030437*        IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
514030440*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                               TOTALS: 0, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor    Bank Of America, N.A. cmecf@sternlav.com
          Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Ronald E. Norman    on behalf of Debtor Mustafa  Noor ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
                                                                                 TOTAL: 5
```