| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Office of Ronald E. Norman, LLC<br>Washington Professional Campus, II<br>901 Route 168, Suite 407A<br>Turnersville, NJ 08012<br>(856)374-3100 | **Order Filed on January 24, 2017**<br>**by Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |

In Re:

Mustafa Noor

Case No: _____13-23908_____

Chapter: 13

Hearing Date: _____

Judge: _____JNP_____

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

q **MORTGAGE**    ✔ **LIEN**    q **OTHER (specify)** _____

Recommended Local Form:    ✔ Followed    q Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 24, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL EFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 107 Brookdale Place
   Clementon, NJ 08021

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Capital One Bank, USA, NA (DC01579009)
   b. Current Assignee: N/A
   c. Current Servicer: N/A
   d. Date of Mortgage/Lien: 2-1-10
   e. Date of Recordation: 
   f. Place of Recordation: Superior Court of New Jersey, Camden County DC-015790-09)
      i. Mortgage Book: N/A
      ii. Page: N/A
   g. Original Principal Balance of Mortgage/Lien: $ 4,237.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*