| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Law Office of Ronald E. Norman, LLC<br>Washington Professional Campus, II<br>901 Route 168, Suite 407A<br>Turnersville, NJ 08012<br>(856)374-3100 | Order Filed on January 24, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Mustafa Noor | Case No: 13-23908<br>Chapter: 13<br>Hearing Date: _____<br>Judge: JNP |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

❑ **MORTGAGE**   ☑ **LIEN**   ❑ **OTHER (specify)** _____

> Recommended Local Form:   ☑ Followed   ❑ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 24, 2017**

_Honorable Jerrold N. Poslusny, Jr._
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL EFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 107 Brookdale Place
   Clementon, NJ 08021

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Chase Bank USA, NA
   b. Current Assignee: Midland Funding, LLC (DC00177913)
   c. Current Servicer: N/A
   d. Date of Mortgage/Lien: 4-22-13
   e. Date of Recordation: 
   f. Place of Recordation: Superior Court of New Jersey, Camden County DC-001779-13
      i. Mortgage Book: N/A
      ii. Page: N/A
   g. Original Principal Balance of Mortgage/Lien: $ 11,431.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Mustafa Noor  
      Debtor

Case No. 13-23908-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 24, 2017  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.  
db         +Mustafa Noor,    107 Brookdale Place,    Clementon, NJ 08021-5802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Jeanette F. Frankenberg    on behalf of Creditor    Bank Of America, N.A. cmecf@sternlav.com  
        Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al  
         jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Ronald E. Norman    on behalf of Debtor Mustafa  Noor ronaldenorman@comcast.net,  
         dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com  
                                     TOTAL: 5